ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*
Scott Ferrell SBN 213405
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
TELEPHONE NO.: (949) 659-6746 FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **SAMANTHA GERHARDT**

***FOR COURT USE ONLY***

**United States District Court, Central District of California**
STREET ADDRESS: **411 West Fourth St. Room 1053**
MAILING ADDRESS: **411 West Fourth St. Room 1053**
CITY AND ZIP CODE: **Santa Ana 92701**
BRANCH NAME: **Ronald Reagan Federal Building**

PLAINTIFF/PETITIONER: **SAMANTHA GERHARDT**
DEFENDANT/RESPONDENT: **EXPERIAN INFORMATION SOLUTIONS, INC.**

CASE NUMBER: **8:26-cv-01662 -MRA-KES**

# PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: **SAMANTHA GERHARDT v. EXPERIAN, CASE: 8:26-cv-01662-MRA-KES**

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

3. a. Party served *(specify name of party as shown on documents served):*
**EXPERIAN INFORMATION SOLUTIONS, INC.**

b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
**CT Corporation System, Registered Agent, Registered Agent of EXPERIAN INFORMATION SOLUTIONS, INC.**
**I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses. Her name was Angelica**

4. Address where the party was served:
**330 N Brand Blvd, Ste 700, Glendale, CA 91203**

5. I served the party *(check proper box)*

a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **07/14/2026** at *(time):* **11:15 AM**
**CT Corporation System, Registered Agent**
**I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'-5'4" tall and weighing 160-180 lbs with glasses. Her name was Angelica**

b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

(1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: SAMANTHA GERHARDT | CASE NUMBER: 8:26-cv-01662 -MRA-KES |
|---|---|
| DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC. | |

(3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date)*: (2) from *(city)*:

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify)*:

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **EXPERIAN INFORMATION SOLUTIONS, INC. c/o CT CORPORATION SYSTEM, Registered** under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Zarine Stepanyan**
b. Address: **124 N Adams St, Apt. 3, Glendale, CA 91206**
c. Telephone number: **747-218-9227**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

BY FAX

| | | | | |
|---|---|---|---|---|
| (ii) [X] | Registration No.: | **2025132961** | Registration #: | **6779** |
| (iii) [X] | County: | **County of Los Angeles** | County: | **Los Angeles** |

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 07/14/2026

**Zarine Stepanyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| SAMANTHA GERHARDT<br>*Plaintiff(s)*<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>*Defendant(s)* | ) | Civil Action No. 8:26-cv-01662 MRA (KESx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* EXPERIAN INFORMATION SOLUTIONS, INC
Registered Agent:
CT CORPORATION SYSTEM
330 N Brand Blvd Suite 700
Glendale, CA 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott Ferrell SBN 213405
Law Offices of Scott Ferrell
30162 Tomas, Suite 204
Rancho Santa Margarita, CA 92688
Tel:(949) 659-6746
Email: scott@scottferrell.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 8, 2026

*Signature of Clerk or Deputy Clerk*